**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

EARNEST B. CLAYTON,

    Plaintiff,

v.

OILLI HUNT, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-63

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, as amended, based on his failure to follow Court Orders and failure to prosecute, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this 23rd day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA