# United States District Court
## Southern District of Georgia

EARNEST B. CLAYTON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-63

OILLI HUNT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 23, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES without prejudice Plaintiff's Complaint, as amended, based on his failure to follow Court Orders and failure to prosecute, DIRECTS the Clerk of Court to enter the appropriate judgment of dismissal and CLOSE this case, and DENIES Plaintiff leave to appeal in forma pauperis. This action stands closed.

Approved by: _____

August 30, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk